microsoFt
705 108th Ave NE
Bellvue Wa 98004
Nov 2013 thru June 4 2018
court purposes only 8

JUN 15 2018

18 CV-00899 RAJ MAT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

I have been stalked, harassed, verbally torture, tortured by crul and inhuman by microsoFt employee's on and oFF microsoFt campus and at microsoFt transinedcenters in mrsa island and insided microsoFt Buildings over an investment scheme to meet with me over a software program microsoFt had a scheme involving the government agency's over a investigae over detronic sucelliance on a Federal Protected witness to wagger a money pool thru the trademark and logo microsoFt For crul and inhuman punishment For torture for a heart Attack over medical records and leaked act surveillance to microsoFt on software

Background 8

on or about Dec 2013 I went to microsoFt about a software program to Show Bill gates. I spoke to a microsoFt employee in Bellvue washington microsoFt told me aFter we meAt on a software program that I coud leave my program with them and they woould get it to bill gates For me. I told them I did not Feel comFormable leaveing it with them. That I wanted to show it to Bill gates myselF. They told me to wait and called microsoFt in mrsa island to set me up with a appointment in mrsa island At 1PM. At the time I was under investiage with Audio and vedio and inter internet surveillance on me 24 hours a day. I want the courts and microsoFt to understand that I had 24 hour tails and protectin any where I went so the street task Force units are wintesss. MicrosoFt planned an investment scheme to set-up law enforcement over a scheme invaluing the grouvement agency's over surveillance on my software program microsoFt waggered a money pool For murder For hire over a one million dollars life insurance policy over them hacking lawenForcement For lawenForcement leaking out evidence to microsoFt. under 18 uscs § 2340 Torture means an act committed by a person acting to speaifally intended to inflict severe physical pain or suFFering. Torturing me in the public with the intent that a murder thru the trademark and logo microsoFt wagger a money pool witch is a lawsuit against them selFs For the crul and inhuman torture on and oFF microsoFt campus For 3years and inside microsoFt building witch I was hired thru labor ready, labor warcks, express staffing and crigslist to work inside mircosoFt building to be verbally tortued For a stress heart Attack over my medical records. microsoFt with the investment scheme plan to meet with me on software with the Knowing I was under investiage For the grouvement scheme to use lawenForcement For the extortion to conspiracy to bicbery over the surveillance and the extortion in the city seattle on the constuction and Real state Development at the time oF microsoFt stalking me, harassing, me verbally tortue me day in and day out. MircosoFt was in Aid of weld county Jail staFF and inmates and DRDC prison and CSP prison on the crul and inhuman torture. To Plan a stress heart Attack For microsoFt

a lawsuit to set them selfs. They put into the states. Facts and evidence I have against microsoft are Bribery to the public and officals for extortion. military under the classifed information Act use of military classifed information. Audio and vedio surveillance wintess that will testify against microsoft. Pictures on my facebook Taceblaaded@gmail.com Password highPlains 916, medical records, And Proof of me inside microsoft and Proof of my software program. microsoft employees said they were seting up microsoft over what Bill gates done over my program. Damages over microsoft stalking me in different states and useing them selfs in the public eye are lost of living lost of a 502 retail store, lost on wintess in a drug case, pain and sufFering, medical Bill. lost of my child and Attemped murder on my life. I am sueing microsoft for 60 million dollars. I was tortue 365 a years everyday By microsoft 2014, 2015, 2016, Plus I'm tortue everyday in the prison over microsoft 2017, 2018 witch I have evidence on microsoft From colorado

Thank you

Christopher Taylor

I don't blame Bill gates it was his employee's that set-up microsoft. I never wanted to sue and I never set-up microsoft. In weld county Jail in Oct 2016 they came over the intercom in the weld county Jail and said IF I feel that way about not wanting to sue microsoft that they would give me a 2003 thru 2008 honda odysey van and a couple of bottles of James liquor but they don't want me drinking a driveing witch I dont.

The guy that foiried my medical records in greeley hospital for the verbally tortue in CSP prison is related to the ELF on my facEBaak in the wheelchair and his family worked with me At Dairy Queen in Redmond town center and was in san diego CA in Sept 2016 and has illegal use of military I was told he is related to Bill gates And to set-up northgummit over military illegal use of trdology on military writing maninade babys out of people I was in the Meeting with the money to the military. DEA of sea-tac stated to me in person about military, microsoft, collages and colorado. I Do work for DEA. statement about microsoft and military go Back to 2015 2016 2017 2018 evidence will be simitted.

Deposit
06/11/2018
US POSTAGE



MAIL

JUN 15 2018

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

Clerk, United states District Court
United states courthouse
700 stewart street
suite 2310
Seattle WA 98101

Marcos F. lawson
Federal
Court

Colorado Department of Corrections
Name: Lawson, S
Register Number: 178343
Unit: CSP TFX 27
Box Number: 727
City, State, Zip: Canon City, CO

8/26