1

2

3

4

5

6                             UNITED STATES DISTRICT COURT
                             WESTERN DISTRICT OF WASHINGTON
7                                      AT SEATTLE

8    CHRISTOPHER TAYLOR,

9                          Plaintiff,              Case No. C18-0899-RAJ

10         v.

11   MICROSOFT,                                    ORDER GRANTING APPLICATION TO
                                                   PROCEED *IN FORMA PAUPERIS*
12                         Defendant.

13

14         Plaintiff, an inmate at the Colorado Department of Corrections, proceeds *pro se* in this

15   civil action.  **The undersigned recommends review of this matter pursuant to 28 U.S.C. §**

16   **1915(e)(2)(B)**.  Having also now reviewed plaintiff's application to proceed *in forma pauperis*

17   (IFP), the Court hereby finds and ORDERS as follows:

18         (1)     Because plaintiff does not appear to have funds available to afford the Court's

19   filing fee, plaintiff financially qualifies for IFP status pursuant to 28 U.S.C. § 1915(a)(1).

20   Therefore, plaintiff's IFP application (Dkt. 4) is GRANTED.  As set forth below, an initial

21   partial filing fee will be collected, and plaintiff is thereafter required to make monthly payments

22   of 20 percent of the preceding month's income credited to his account until the full amount of

23   the filing fee is satisfied.


ORDER GRANTING IFP - 1

(2)     Pursuant to 28 U.S.C. § 1915, and plaintiff's approved application to proceed IFP, the agency having custody of the above-named plaintiff is directed to calculate an initial partial filing fee equal to 20 percent of the greater of either: (a) the average monthly deposits to the prisoner's account; or (b) the average monthly balance in the prisoner's account for the 6-month period immediately preceding the date of this Order.  The initial partial filing fee should be forwarded to the Clerk of Court as soon as practicable.

Subsequently, if the prisoner's account exceeds $10.00, each month the agency having custody of the prisoner is directed to collect and forward payments equal to 20 percent of the prisoner's preceding month's income credited to the prisoner's account.  In the event that the monthly payment would reduce the prisoner's account below $10.00, the agency should collect and forward only that amount which would reduce the prisoner's account to the $10.00 level. Please note that this $10.00 limit does not apply to the initial partial filing fee described above. Finally, the monthly payments should be collected and forwarded to the Court until the entire filing fee ($350.00) for this matter has been paid.

(3)     The Clerk is directed to send a copy of this Order to plaintiff, to the financial officer of this Court, and to the agency having custody of plaintiff.

Dated this <u>18th</u> day of July, 2018.

Mary Alice Theiler
United States Magistrate Judge